

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2022

No. 04-20-00611-CV

**INTEREST OF L.J.L. AND J.W.L.**, Minor Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08129
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

On Jun 29, 2022, this court issued an opinion and judgment. On July 14, 2022, Appellee filed an unopposed motion for extension of time to file a motion for rehearing and a motion for en banc reconsideration until August 15, 2022. *See* TEX. R. APP. P. 49.9.

Appellee's motion for extension of time is **granted**. Appellee's motions are due to be filed with this court by August 15, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court